Wesley H. Avery, Esq. CLS-B (SBN 155724)
**LAW OFFICES OF WESLEY H. AVERY, APC**
6055 East Washington Blvd., Suite 500
Los Angeles, CA 90040
Telephone No. (323) 724-3117
FAX No. (323) 724-5410
wavery@thebankruptcylawcenter.com

(Proposed) Attorney for John J. Menchaca, former chapter 7 trustee

*Fortis est veritas*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ALEXANDER CALDERON, an individual,<br><br>　　　　　Debtor.<br><br>SSN # xxx-xx-2756 | Case No. 2:12-bk-29726-BR<br>Chapter 7<br><br>**EX PARTE APPLICATION TO REOPEN BANKRUPTCY CASE TO ADMINISTER UNSCHEDULED ASSET AND TO REAPPOINT A CHAPTER 7 TRUSTEE; DECLARATION IN SUPPORT THEREOF** [11 U.S.C. § 350(b), Fed. R. Bank. P. 5010 and Loc. Bankr. R. 5010-1]<br><br>[Filed concurrently with Order Granting Ex Parte Application to Reopen Bankruptcy Case]<br><br>Date:　　[No hearing necessary]<br>Time:　　[No hearing necessary]<br>Place:　　U.S. Courthouse<br>　　　　　Courtroom 1668<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012 |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND OTHER PARTIES IN INTEREST:

　　Comes now John J. Menchaca, the former duly appointed and acting chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor Alexander Calderon, an individual (the "Debtor"), in Case No. 2:12-bk-29726-BR (the "Bankruptcy Case"), who hereby applies *ex parte* (the "Application") to reopen the Bankruptcy Case and to reappoint a

1

I:\WP\BLC\Calderon\Pleadings\Ex Parte Application to Reopen Bankruptcy Case.doc

chapter 7 trustee. The Application is made on the basis of the following facts.

1. The Debtor filed a voluntary chapter 7 petition, schedules (the "Schedules") and a statement of affairs in the Bankruptcy Case on June 5, 2012 (the "Petition Date").

   a. The Schedules and Statements of Affairs scheduled personal property (excluding automobiles and cash) of just $6,000 (the "Apparel, Household Good and Furnishings"). Unsecured, priority debt of $70,000.00 and unsecured, non-priority debt of $66,618.00 was scheduled by the Debtor.

   b. A comparison of the Debtor's Schedules I and J showed a monthly income deficit of -$230.00. The Debtor explained in his Schedule I: "Debtor closed his business Lexco Imports, Inc. in January, 2012. Currently he is working on a deal by deal basis to import and export goods. Income is estimate of future earnings."

   c. The Trustee filed a no asset report in the Bankruptcy Case on August 20, 2012. The Debtor received his discharge on September 17, 2012 and the Bankruptcy Case was closed on August 16, 2013.

2. On July 20, 2013 (after the Debtor's discharge but before the Bankruptcy Case was closed), a fire loss (the "Fire") occurred at the Debtor's residence at which inter alia personal property was destroyed (the "Insurance Claim"). Since the Fire, the Debtor has submitted an inventory of personal property with a claimed replacement cost in excess of $345,000.

3. Only $6,000 in Apparel, Household Good and Furnishings were scheduled, not $345,000, with the difference being undisclosed assets (the "Undisclosed Assets"). The Undisclosed Assets were not disclosed in the Schedules or otherwise brought to the Trustee's attention. At the time the Bankruptcy Case was closed, although the Trustee had exercised due diligence in examination of the Debtor's affairs, the Trustee was not aware of the Undisclosed Assets. See Declaration of the Trustee, attached hereto and incorporated herein at ¶ 4.

4. The Court should order the reappointment of a chapter 7 trustee to recover the Insurance Claim for the benefit of the Debtor's creditors.

**WHEREFORE**, Trustee prays for orders as follows:

   A. That the Application is granted;

2

B.  That the Bankruptcy Case be reopened; and

C.  That the Court direct the United States Trustee to appoint a chapter 7 trustee in the Bankruptcy Case.

Date: April 4, 2014

LAW OFFICES OF WESLEY H. AVERY, APC

_____
Wesley H. Avery, Esq.
(Proposed) Attorney for John J. Menchaca
Former Chapter 7 Trustee

3

## DECLARATION OF THE TRUSTEE

I, John J. Menchaca, declare:

1. I was the duly appointed and acting chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Alexander Calderon, an individual (the "Debtor"), in Case No. 2:12-bk-29726-BR. I have personal knowledge, information or belief of the facts set forth below, and, if called as a witness, could and would competently testify thereto under oath. This declaration is made in support of the attached *ex parte* (the "Application") to reopen the Bankruptcy Case and to reappoint a chapter 7 trustee. The Application is made on the basis of the following facts.

2. The Debtor filed a voluntary chapter 7 petition, schedules (the "Schedules") and a statement of affairs in the Bankruptcy Case on June 5, 2012 (the "Petition Date").

   a. The Schedules and Statements of Affairs scheduled personal property (excluding automobiles and cash) of just $6,000 (the "Apparel, Household Good and Furnishings"). Unsecured, priority debt of $70,000.00 and unsecured, non-priority debt of $66,618.00 was scheduled by the Debtor.

   b. A comparison of the Debtor's Schedules I and J showed a monthly income deficit of -$230.00. The Debtor explained in his Schedule I: "Debtor closed his business Lexco Imports, Inc. in January, 2012. Currently he is working on a deal by deal basis to import and export goods. Income is estimate of future earnings."

   c. The Trustee filed a no asset report in the Bankruptcy Case on August 20, 2012. The Debtor received his discharge on September 17, 2012 and the Bankruptcy Case was closed on August 16, 2013.

3. On July 20, 2013 (after the Debtor's discharge but before the Bankruptcy Case was closed), a fire loss (the "Fire") occurred at the Debtor's residence at which inter alia personal property was destroyed (the "Insurance Claim"). Since the Fire, the Debtor has submitted an inventory of personal property with a claimed replacement cost in excess of $345,000.

4. Only $6,000 in Apparel, Household Good and Furnishings were scheduled, not $345,000, with the difference being undisclosed assets (the "Undisclosed Assets"). The

4

Undisclosed Assets were not disclosed in the Schedules or otherwise brought to the Trustee's attention. At the time the Bankruptcy Case was closed, although the Trustee had exercised due diligence in examination of the Debtor's affairs, the Trustee was not aware of the Undisclosed Assets.

5.  The Court should order the reappointment of a chapter 7 trustee to recover the Insurance Claim for the benefit of the Debtor's creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2014, at Los Angeles, California.

_____
John J. Menchaca

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040

A true and correct copy of the foregoing document entitled (*specify*): **Ex Parte Application to Reopen Bankruptcy Case to Administer Unscheduled Asset and to Reappoint a Chapter 7 Trustee** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/8/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ray Garwacki    rgarwacki@prodigy.net, garwackilaw2@prodigy.net
Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com
William D May    laurel@srwadelaw.com
John J Menchaca (TR)    jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Stephen R Wade    laurel@srwadelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/8/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/8/2014 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry R. Russell, US Bankruptcy Court, 255 E. Temple Street, Suite 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/8/2014 | Jennifer Phan | /s/Jennifer Phan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Alexander Calderon<br>2053 Evening Side Drive<br>West Covina, CA 91792 | Cal Bank & Trust<br>c/o Peter Duncan<br>401 'B' Street, Suite 1500<br>San Diego, CA 92101 | CitiMortgage<br>5280 Corporate Drive<br>Bankruptcy Department<br>Attn MC0023<br>Frederick, MD 21703 |
| Citibank<br>PO Box 790034<br>St Louis, MO 63179 | County of Los Angeles<br>Treasurer Tax Collector<br>225 N. Hill St Room 122<br>Los Angeles, CA 90012 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Kuebler & Associates<br>43500 Ridge Park Dr # 104<br>Temecula, CA 92590 | Marcus Family Law Center<br>732 W. State Street<br>El Centro, CA 92243 | Mb Fin Svcs<br>36455 Corporate Drive<br>Farmington Hill, MI 48331 |
| Nissan Motor Acceptance Corporation<br>Loss Recovery<br>PO Box 660366<br>Dallas, TX 75266 | The Huntington National Bank<br>c/o Hemar, Rousso & Heald LLP<br>15910 Ventura Blvd<br>Encino, CA 91436 | US Bank<br>PO Box 5229<br>Cincinnati, OH 45201 |
| Wells Fargo Bank Nv Na<br>Call 800-225-5935<br>Chose account type in automated atten<br>Des Moines, IA 50306 | William D. May<br>350 W. Fourth Street<br>Claremont, CA 91711 | |