**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Los Angeles DIVISION**

In re: CALDERON, ALEXANDER    § Case No. 2:12-bk-29726-BR
                              §
                              §
                              §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $948,300.00 | Assets Exempt: | $21,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $35,516.03 | Claims Discharged Without Payment: | $500,115.63 |
| Total Expenses of Administration: | $52,870.53 | | |

    3) Total gross receipts of $180,078.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $91,692.09 (see **Exhibit 2**), yielded net receipts of $88,386.56 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,244,526.00 | $1,306,584.82 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $52,870.53 | $52,870.53 | $52,870.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $70,000.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $66,618.00 | $501,243.66 | $501,243.66 | $35,516.03 |
| **TOTAL DISBURSEMENTS** | $2,381,144.00 | $1,860,699.01 | $554,114.19 | $88,386.56 |

4) This case was originally filed under chapter 7 on 06/05/2012. The case was pending for 69 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/06/2018    By: /s/ John J. Menchaca
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIQUIDATED DEBTS OWING DEBTOR | 1229-000 | $180,078.65 |
| TOTAL GROSS RECEIPTS | | $180,078.65 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JULIANA CALDERON | Per O.E. 06/12/2017 Stip Re Distribution of Settlement funds | 8500-002 | $8,371.45 |
| CALIFORNIA CLAIM CONSULTANTS, INC. | Per Order Entered August 19, 2015 | 8500-002 | $12,045.29 |
| CALIFORNIA CLAIM CONSULTANTS, INC. | Per O.E. 06/12/2017 Stip Re Distribution of Settlement funds | 8500-002 | $1,260.22 |
| JULIANA CALDERON | Per Order Entered August 19, 2015 | 8500-002 | $70,015.13 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $91,692.09 |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CALIFORNIA BANK & TRUST | 4120-000 | $1,306,000.00 | $1,306,584.82 | $0.00 | $0.00 |
| N/F | CITI MORTGAGE | 4110-000 | $384,231.00 | NA | NA | NA |
| N/F | MB FIN SVCS | 4210-000 | $30,177.00 | NA | NA | NA |
| N/F | NMAC | 4210-000 | $24,574.00 | NA | NA | NA |
| N/F | WELLS FARGO BANK NV NA | 4210-000 | $499,544.00 | NA | NA | NA |
| | TOTAL SECURED | | $2,244,526.00 | $1,306,584.82 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JOHN J. MENCHACA | 2100-000 | NA | $7,669.33 | $7,669.33 | $7,669.33 |
| Trustee, Expenses - JOHN J. MENCHACA | 2200-000 | NA | $137.42 | $137.42 | $137.42 |
| Accountant for Trustee, Fees - MENCHACA & COMPANY LLP | 3310-000 | NA | $3,817.00 | $3,817.00 | $3,817.00 |
| Accountant for Trustee, Expenses - MENCHACA & COMPANY LLP | 3320-000 | NA | $69.83 | $69.83 | $69.83 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $833.75 | $833.75 | $833.75 |
| Attorney for Trustee Fees (Other Firm) - LAW APC OFFICES OF WESLEY H. AVERY | 3210-000 | NA | $39,959.00 | $39,959.00 | $39,959.00 |
| Attorney for Trustee Expenses (Other Firm) - LAW APC OFFICES OF WESLEY H. AVERY | 3220-000 | NA | $384.20 | $384.20 | $384.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $52,870.53 | $52,870.53 | $52,870.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | INTERNAL REVENUE SERVICE | 5200-000 | $70,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $70,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CONTINENTAL BANK, A UTAH CORPORATION | 7100-000 | NA | $356,495.90 | $356,495.90 | $25,259.81 |
| 2 | THE HUNTINGTON NATIONAL BANK | 7100-000 | NA | $112,470.26 | $112,470.26 | $7,969.17 |
| 3 | MARCUS FAMILY LAW CENTER | 7100-000 | $4,721.00 | $4,793.55 | $4,793.55 | $339.65 |
| 4 | PYOD, LLC | 7100-000 | $14,005.00 | $14,376.20 | $14,376.20 | $1,018.64 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $13,504.00 | $13,107.75 | $13,107.75 | $928.76 |
| N/F | COUNTY OF LOS ANGELES | 7100-000 | $33,388.00 | NA | NA | NA |
| N/F | KUEBLER & ASSOCIATES | 7100-000 | $1,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$66,618.00** | **$501,243.66** | **$501,243.66** | **$35,516.03** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:12-bk-29726-BR
**Case Name:** CALDERON, ALEXANDER
**For Period Ending:** 03/06/2018

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 06/05/2012 (f)
**§ 341(a) Meeting Date:** 07/09/2012
**Claims Bar Date:** 07/14/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>298 W. 18TH Street, Upland, CA | 900,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Checking Account - Chase Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | STOCK AND BUSINESS INTERESTS<br>100% Common Stock Lexco Imports | 0.00 | 0.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES<br>2010 Mercedes C300 | 22,000.00 | 0.00 | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES<br>2011 Nissan Patfinder | 20,000.00 | 0.00 | | 0.00 | FA |
| 8 | LIQUIDATED DEBTS OWING DEBTOR (u)<br>Automobile Club of Southern California pursuant to Claim No. 011195747 | 0.00 | 345,000.00 | | 180,078.65 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$948,300.00** | **$345,000.00** | | **$180,078.65** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 2:12-bk-29726-BR | **Trustee Name:** (007950) John J. Menchaca |
| **Case Name:** CALDERON, ALEXANDER | **Date Filed (f) or Converted (c):** 06/05/2012 (f) |
| | **§ 341(a) Meeting Date:** 07/09/2012 |
| **For Period Ending:** 03/06/2018 | **Claims Bar Date:** 07/14/2014 |

**Major Activities Affecting Case Closing:**

REPORTING PERIOD APRIL 1, 2017 - MARCH 31, 2018

Order Granting Professional fees and expenses to Wesley Avery and Menchaca & Co. (BNC-PDF) (Related Doc # 111 ) Signed on 2/1/2018 (Toliver, Wanda) (Entered: 02/01/2018)

Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee John J. Menchaca. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee. (united states trustee (pg)) (Entered: 12/15/2017)

Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee (RE: related document(s)111). (united states trustee (pg)) (Entered: 12/15/2017)

On October 13, 2017 an Amended Notice to professionals to file application for compensation was filed with the Court.

ESTATE'S TAXES:
The estate's tax returns were prepared and filed on August 25, 2017. A tax clearance letter was received on October 3, 2017

Order Granting Stipulation re distribution of funds per settlement agreement previously approved by the court (see order for details) (Entered: 06/12/2017)

On June 7, 2017 a Stipulation By John J Menchaca and Debtor, Juliana Calderon and California Claim Consultants was filed with the Court.

REPORTING PERIOD APRIL 1, 2016 - MARCH 31, 2017

Since the entry of the 4/19/16 Order, I have been informed by counsel for the Debtor's insurance company that the Debtor has amended his Insurance Claim (the "Amended Insurance Claim") to assert new Undisclosed Assets. Pursuant to the 6/2/15 Order, 50% of the Amended Insurance Claim constitutes property of the Estate.

Order Reopening Bankruptcy Case entered 08/25/2016.

PROFESSIONALS:

Order Granting Application to Employ Law Offices of Wesley H, Avery , general bankruptcy counsel entered 10/11/2016.

REPORTING PERIOD APRIL 1, 2015 - MARCH 31, 2016
On April 28, 2015, a Motion for Order approving compromise of controversy was filed with the Court. By Order entered on June 2, 2015, the Court approved a written settlement agreement (the "Agreement") that was attached as Exhibit 1 to the Motion filed by the Trustee on April 28, 2018 in the Bankruptcy Case.  The Agreement provides that the $162,075.54 shall be divided evenly between the Trustee on the one hand and the Wife on the other hand after deduction for a reasonable sum to be paid to CCC, and with the Estate to receive a $10,000 credit for the sum already paid to the Debtor by AAA on the Insurance Claim.

Pursuant to the Agreement, the Trustee shall retain $80,015.12 for the benefit of the Estate.
Pursuant to the Agreement, and upon the Order approving the Stipulation entered on August 19, 2015, the Trustee paid the Wife $70,015.13 from funds on hand in the Estate in satisfaction of the Trustee's obligation under the Agreement. The Trustee shall also pay CCC $12,045.29 from the funds on hand in the Estate in satisfaction of CCC's claims against the Estate, the Debtor and the Wife.

PROOF OF CLAIMS:
Trustee has reviewed claims and determined that objections will not be necessary.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 2:12-bk-29726-BR  
**Case Name:** CALDERON, ALEXANDER  
**For Period Ending:** 03/06/2018

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 06/05/2012 (f)  
**§ 341(a) Meeting Date:** 07/09/2012  
**Claims Bar Date:** 07/14/2014

ESTATE'S TAXES:
On June 1, 2015, and Order was entered by the Court approving the employment of Menchaca & Company as Accountant.

REPORTING PERIOD APRIL 1, 2014 - MARCH 31, 2015

The Debtor filed a voluntary chapter 7 petition, schedules (the "Schedules") and statement of affairs in the Bankruptcy Case on June 5, 2012 (the "Petition Date").

The Schedules and Statements of Affairs scheduled personal property (excluding automobiles and cash) of just $6,000 (the "Apparel, Household Good and Furnishing Unsecured, priority debt of $70,000.00 and unsecured, non-priority debt of $66,618.00 scheduled by the Debtor.

A comparison of the Debtor's Schedules I and J showed a monthly income deficit of -$230.00. The Debtor explained in his Schedule I: "Debtor closed his business Lexco Imports, Inc. in January, 2012. Currently he is working on a deal by deal basis to import export goods. Income is estimate of future earnings."

The Trustee filed a no asset report in the Bankruptcy Case on August 2012. The Debtor received his discharge on September 17, 2012 and the Bankruptcy Case closed on August 16, 2013.

On July 20, 2013 (after the Debtor's discharge but before the Bankruptcy Case closed), a fire loss (the "Fire") occurred at the Debtor's residence at which inter alia personal property was destroyed (the "Insurance Claim"). Since the Fire, the Debtor has submitted inventory of personal property with a claimed replacement cost in excess of $345,000.

Only $6,000 in Apparel, Household Good and Furnishings were scheduled, $345,000, with the difference being undisclosed assets (the "Undisclosed Assets"). The Undisclosed Assets were not disclosed in the Schedules or otherwise brought to the Trustee attention. At the time the Bankruptcy Case was closed, although the Trustee had exercised diligence in examination of the Debtor's affairs, the Trustee was not aware of the Undisclosed Assets.

On April 8, 2014, the Trustee filed an application to reopen the Bankruptcy Case to administer the Funds (the "Application"). The Application was granted by an order entered on April 9, 2014 and the Bankruptcy Case was reopened to administer undisclosed assets.

On March 11, 2015, the Trustee filed a Motion for turnover to the Court of all funds (the "Funds") to be paid by Automobile Club of Southern California pursuant to Claim No. 011195747 (the "Insurance Claim") on AAA policy number CHO 061381564 (the "Policy") from a fire (the "Fire" or "Incident") that took place at 298 W. 18th Street, Upland California 91784 (the "Upland Home") on or about July 20, 2013 for the loss of the Debtor's personalty (the "Lost Personalty"). As shown below, the Funds are no less than $162,075.54 to replace the Los Personalty even though the Debtor only scheduled $6,000 in Apparel, Household Good and Furnishings. Upon receipt of the Funds, the Trustee will file an interpleader adversary proceeding in this Court pursuant to Fed. R. Bankr. P. 7001(2) and 7022 (the "Interpleader" or "Adversary Proceeding") to which the following will be the parties (collectively, the "Interpleader Parties"): (i) the Trustee; (ii) the Debtor; (iii) the Debtor's putative spouse Juliana Calderon ("Juliana" or "Wife")1 and (iv) California Claim Consultants, Inc., a California corporation ("CCC"). As discussed in the attached pleadings, the Trustee is informed that AAA will not oppose the Motion.

PROOF OF CLAIMS:
Claims bar date expired on July 14, 2014 - Last date to file a Governmental claim was December 3, 2012. Trustee will review claims and determined that objections will not be necessary.

ESTATE'S TAXES:
Trustee is in the process of employment an accountant

**Current Projected Date Of Final Report (TFR):** 11/23/2017 (Actual)    **Initial Projected Date Of Final Report (TFR):** 06/30/2016

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-bk-29726-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | CALDERON, ALEXANDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7383 | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/24/15 | {8} | INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB | Per Order entered on June 2, 2015 Granting the Trustee's Motion to Approve Compromise Under 9019 | 1229-000 | 162,075.54 | | 162,075.54 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.85 | 162,036.69 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.83 | 161,795.86 |
| 08/20/15 | 101 | JULIANA CALDERON | Per Order Entered August 19, 2015 | 8500-002 | | 70,015.13 | 91,780.73 |
| 08/20/15 | 102 | CALIFORNIA CLAIM CONSULTANTS, INC. | Per Order Entered August 19, 2015 | 8500-002 | | 12,045.29 | 79,735.44 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.59 | 79,527.85 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.03 | 79,405.82 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.21 | 79,291.61 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.24 | 79,181.37 |
| 03/09/16 | 103 | WESLEY H. AVERY, APC | Dividend paid 100.00% on $33,582.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 33,582.50 | 45,598.87 |
| 03/09/16 | 104 | WESLEY H. AVERY, APC | Dividend paid 100.00% on $340.22, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 340.22 | 45,258.65 |
| 03/09/16 | 105 | MENCHACA & COMPANY LLP | Dividend paid 100.00% on $2,817.00, Accountant for Trustee Fees (Trustee Firm);  Reference: | 3310-000 | | 2,817.00 | 42,441.65 |
| 03/09/16 | 106 | MENCHACA & COMPANY LLP | Dividend paid 100.00% on $69.83, Accountant for Trustee Expenses (Trustee Firm);  Reference: | 3320-000 | | 69.83 | 42,371.82 |
| 03/09/16 | 107 | JOHN J. MENCHACA | Dividend paid 100.00% on $7,250.76, Trustee Compensation; Reference: | 2100-000 | | 7,250.76 | 35,121.06 |
| 03/09/16 | 108 | JOHN J. MENCHACA | Dividend paid 100.00% on $137.42, Trustee Expenses; Reference: | 2200-000 | | 137.42 | 34,983.64 |
| 03/09/16 | 109 | CONTINENTAL BANK, A UTAH CORPORATION | Dividend paid   6.97% on $356,495.90; Claim# 1; Filed: $356,495.90; Reference:  Per Order Entered March 8, 2016 | 7100-000 | | 24,881.16 | 10,102.48 |
| 03/09/16 | 110 | THE HUNTINGTON NATIONAL BANK | Dividend paid   6.97% on $112,470.26; Claim# 2; Filed: $112,470.26; Reference:  Per Order Entered March 8, 2016 | 7100-000 | | 7,849.71 | 2,252.77 |
| 03/09/16 | 111 | MARCUS FAMILY LAW CENTER | Dividend paid   6.97% on $4,793.55; Claim# 3; Filed: | 7100-000 | | 334.56 | 1,918.21 |

Page Subtotals:    $162,075.54    $160,157.33

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-bk-29726-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | CALDERON, ALEXANDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7383 | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $4,793.55; Reference: Per Order Entered March 8, 2016 | | | | |
| 03/09/16 | 112 | PYOD, LLC | Dividend paid  6.97% on $14,376.20; Claim# 4; Filed: $14,376.20; Reference: Per Order Entered March 8, 2016 | 7100-000 | | 1,003.37 | 914.84 |
| 03/09/16 | 113 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Dividend paid  6.97% on $13,107.75; Claim# 5; Filed: $13,107.75; Reference: Per Order Entered March 8, 2016 | 7100-000 | | 914.84 | 0.00 |
| | | | **COLUMN TOTALS** | | 162,075.54 | 162,075.54 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 162,075.54 | 162,075.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $162,075.54 | $162,075.54 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 2:12-bk-29726-BR | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | CALDERON, ALEXANDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7383 | Account #: | ******6867 Checking Account |
| For Period Ending: | 03/06/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/16 | {8} | INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB | Turnover of insurance proceeds to the Trustee on Claim 011195747 | 1229-000 | 18,003.11 | | 18,003.11 |
| 06/21/17 | 101 | JULIANA CALDERON | Per O.E. 06/12/2017 Stip Re Distribution of Settlement funds | 8500-002 | | 8,371.45 | 9,631.66 |
| 06/21/17 | 102 | CALIFORNIA CLAIM CONSULTANTS, INC. | Per O.E. 06/12/2017 Stip Re Distribution of Settlement funds | 8500-002 | | 1,260.22 | 8,371.44 |
| 08/25/17 | 103 | MENCHACA & COMPANY LLP | Per Order Entered 07/12/2017 - Payment to tax preparer | 3310-000 | | 1,000.00 | 7,371.44 |
| 02/03/18 | 104 | JOHN J. MENCHACA | Distribution payment - Dividend paid at 5.46% of $7,669.33; Claim # FEE; Filed: $7,669.33 Per O.E. 02/01/2018 | 2100-000 | | 418.57 | 6,952.87 |
| 02/03/18 | 105 | LAW APC OFFICES OF WESLEY H. AVERY | Distribution payment - Dividend paid at 15.96% of $39,959.00; Claim # ; Filed: $39,959.00 Per O.E. 02/01/2018 | 3210-000 | | 6,376.50 | 576.37 |
| 02/03/18 | 106 | LAW APC OFFICES OF WESLEY H. AVERY | Distribution payment - Dividend paid at 11.45% of $384.20; Claim # ; Filed: $384.20 Per O.E. 02/01/2018 | 3220-000 | | 43.98 | 532.39 |
| 02/03/18 | 107 | CONTINENTAL BANK, A UTAH CORPORATION | Distribution payment - Dividend paid at 0.11% of $356,495.90; Claim # 1; Filed: $356,495.90 Per O.E. 02/01/2018 | 7100-000 | | 378.65 | 153.74 |
| 02/03/18 | 108 | THE HUNTINGTON NATIONAL BANK | Distribution payment - Dividend paid at 0.11% of $112,470.26; Claim # 2; Filed: $112,470.26 Per O.E. 02/01/2018 | 7100-000 | | 119.46 | 34.28 |
| 02/03/18 | 109 | MARCUS FAMILY LAW CENTER | Distribution payment - Dividend paid at 0.11% of $4,793.55; Claim # 3; Filed: $4,793.55 Per O.E. 02/01/2018 | 7100-000 | | 5.09 | 29.19 |
| 02/03/18 | 110 | PYOD, LLC | Distribution payment - Dividend paid at 0.11% of $14,376.20; Claim # 4; Filed: $14,376.20 Per O.E. 02/01/2018 | 7100-000 | | 15.27 | 13.92 |
| 02/03/18 | 111 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Distribution payment - Dividend paid at 0.11% of $13,107.75; Claim # 5; Filed: $13,107.75 Per O.E. 02/01/2018 | 7100-000 | | 13.92 | 0.00 |
| | | **COLUMN TOTALS** | | | 18,003.11 | 18,003.11 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,003.11 | 18,003.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,003.11** | **$18,003.11** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:12-bk-29726-BR | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | CALDERON, ALEXANDER | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7383 | **Account #:** | ******6867 Checking Account |
| **For Period Ending:** 03/06/2018 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $180,078.65 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $91,692.09 |
| Net Estate: | $88,386.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6866 Checking Account | $162,075.54 | $162,075.54 | $0.00 |
| ******6867 Checking Account | $18,003.11 | $18,003.11 | $0.00 |
| | $180,078.65 | $180,078.65 | $0.00 |

UST Form 101-7-TDR (10/1/2010)